UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISON

| | | |
|---|---|---|
| MITCHELL W. KIRKSEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 CV 50302 |
| vs. | ) | |
| | ) | Judge Iain D. Johnston |
| SERGEANT KRAMER, | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO EXTEND TIME TO COMPLETE DISCOVERY**

Defendant Sergeant Daniel Kramer, by his attorneys, Patrick D. Kenneally, McHenry County State's Attorney, and his Assistant State's Attorneys, George M. Hoffman and Jana Blake Dickson, hereby moves this Court to extend the deadline to complete discovery in this case an additional two months, to and including March 1, 2021. In support of this Motion, defendant states as follows:

1. On September 2, 2020, this Court entered a case management order requiring, *inter alia*, that fact discovery be completed by December 31, 2020. Dkt # 42. That Order also provided that "the deadline to amended [sic] pleadings, add new counts or parties, and file third-party complaints is 11/16/20." *Id.*

2. On November 30, 2020, plaintiff filed a Motion for Leave to File an Amended Complaint, but did not attach a copy of his proposed amended complaint. Dkt #57.

3. In an Order dated December 2, 2020, the Court denied plaintiff's Motion for Leave to File an Amended Complaint without prejudice, and instructed plaintiff that he should file an amended complaint that "must stand on its own."

Dkt # 59.

4.     On December 14, 2020, plaintiff filed another Motion for Leave to File an Amended Complaint, to which he attached his proposed Amended Complaint. Dkt ## 61 & 61-1. The Court has not yet ruled on plaintiff's motion.

5.     Defendant intends to depose plaintiff's sister, Melissa Kirksey, and another woman, Abby Farina. Both Ms. Kirksey and Ms. Farina were present at the house where plaintiff was arrested on July 20, 2018. Their testimony is relevant to disputed fact issues in this case.

6.     Counsel for defendant caused a subpoena for deposition to be served on Melissa Kirksey to be taken on November 30, 2020. On November 20, 2020, counsel served a Notice of Deposition on the plaintiff, advising him of the deposition of Ms. Kirksey.

7.     On November 30, 2020, counsel for defendant and Melissa Kirksey appeared via Zoom for the scheduled deposition, but plaintiff did not appear. Counsel then contacted the Jacksonville Correctional Center where plaintiff is incarcerated and was informed that plaintiff's cell block was in quarantine so he could not participate. Therefore, Ms. Kirksey's deposition did not proceed. Following up with the Jacksonville Correctional Center to re-schedule, counsel was advised that plaintiff did not wish to participate in the deposition of Ms. Kirksey. Counsel then attempted to re-schedule Ms. Kirksey's deposition for either the week of December 14 or December 21, but Ms. Kirksey advised that her schedule would not allow her to appear either of those weeks due to school, family and upcoming

holidays. Counsel again contacted Ms. Kirksey by email on December 14, 2020, to see if she would be available the last week of December. On December 21, Ms. Kirksey responded by email, stating "With the holidays and some family matters I am not available until the first of the year."

8. By December 3, a State's Attorney's Office's investigator had located Ms. Farina, who is understood to be transient and does not appear to have a permanent address. However, the investigator contacted Ms. Farina by telephone, and she agreed to appear on December 18, but failed to do so. Although Ms. Farina has not yet been served with a subpoena, she has been in contact with the State's Attorney's Office's investigator by telephone and text messaging.

9. In addition, defendant needs to conduct further discovery concerning allegations in plaintiff's Amended Complaint, assuming the Court grants him leave to file it. Specifically, in his original Complaint, plaintiff sought only punitive damages. Dkt # 11 at 7. In his proposed Amended Complaint, plaintiff has withdrawn his request for punitive damages and now claims compensatory damages. Dkt # 61-1 at 7. In his motion, plaintiff characterizes this change as being the result of a "scrivener's error." Dkt # 61 at ¶ 2.

10. In his Initial Disclosures, plaintiff failed to provide a "computation of any category of damages claimed by the disclosing party." Dkt # 46. Plaintiff did not supplement his disclosures with a computation of damages by November 30, 2020, as ordered. Dkt # 42. At his deposition, taken on November 4, 2020, plaintiff testified that he was only seeking punitive damages.

3

11. Defendant seeks this extension to obtain the depositions of Ms. Kirksey and Ms. Farina, and to propound discovery directed to the plaintiff's newly-asserted claim for compensatory damages.

12. This is the first request by defendant to extend discovery.

WHEREFORE, defendant requests this court to extend the discovery deadline for two month, to and including March 1, 2021.

                            Sergeant Daniel Kramer

                        By: /s/ George M. Hoffman
                            One of his Attorneys

Patrick D. Kenneally
McHenry County State's Attorney
George M. Hoffman (ARDC No. 6180738)
Jana Blake Dickson (ARDC No. 6307451)
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, Illinois 60098
815·334·4159 (phone)
815·334·0872 (fax)
gmhoffman@mchenrycountyil.gov
jeblake@mchenrycountyil.gov

## **CERTIFICATE OF SERVICE**

     The undersigned attorney, George M. Hoffman, hereby certifies that a copy of **Defendant's Motion to Extend Time to Complete Discovery** was served on

    Mitchell Kirksey
    Jacksonville Correctional Center
    R-52062
    2268 E. Morton Ave.
    Jacksonville, IL 62650

by depositing a copy in the U.S. Mail located at 2200 N. Seminary Avenue, Woodstock, Illinois, First-Class postage prepaid, on December 24, 2020.

                                        /s/ George M. Hoffman
                                             George M. Hoffman