[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

MITCHELL W. KIRKSEY

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

SERGEANT KRAMER

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 19-C-50302
(To be supplied by the Clerk of this Court)

HON. LISA A. JENSON

**FILED**
12/30/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:          **AMENDED COMPLAINT**

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Mitchell W. Kirksey

    B. List all aliases: N/A

    C. Prisoner identification number: R52062

    D. Place of present confinement: Jacksonville C.C.

    E. Address: 2268 East Morton Avenue, Jacksonville, IL 62650

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Sergeant Daniel Kramer

       Title: Sergeant

       Place of Employment: McHenry County Sheriffs

    B. Defendant: _____

       Title: _____

       Place of Employment: _____

    C. Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

 A. Name of case and docket number: __N/A__

 B. Approximate date of filing lawsuit: __N/A__

 C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

 D. List all defendants: __N/A__

 E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

 F. Name of judge to whom case was assigned: __N/A__

 G. Basic claim made: __N/A__

 H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

 I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case 3:19-cv-50302 Document #: 64-1 Filed: 12/04/20 Page 4 of 7 PageID #:279

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. This Complaint is under the Civil Rights Act; 42 USC 1983 against state and county defendants.

2. The Civil Rights violations being addressed herein occured while plaintiff was being taken into custody by the McHenry County Sheriff's Office and agents associated with its jurisdiction.

3. On July 20, 2018, Commander Brian Baker (N.I.P.A.S.), while acting in his official capacity, showed callous indifference for plaintiff's state and federal constitutional rights that extend to equal protection under the color of law.

4. Baker supervised a group of McHenry County Sheriff's deputies and detectives on the foregoing date that deliberately violated plaintiff's constitutional rights by the direct use of excessive force while apprehending and arresting plaintiff.

5. Baker witnessed and failed to intervene when Defendant Sergeant Kramer inflicted cruel and unusual punishment on plaintiff when he tased plaintiff with a taser gun after he (plaintiff) was already in handcuffs, subdued and restrained.

6. This act was in itself a callous display that violated plaintiff's

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

constitutional rights.

7. On July 20, at approximately 5:45am, plaintiff was at his residence when ten or more McHenry County Sherrifs beat on his door.

8. Plaintiff's sister, Melissa Kirksey, opened the door at which time several sherrif's deputies came barging into the residence without permission.

9. The deputies claimed to have a warrant for plaintiff's arrest, and began methodically searching the house from room to room.

10. Melissa Kirksey told deputies to stop searching the home if they did not have a search warrant, at which time defendant sergeant Kramer told Ms. Kirksey to, "Shut your fucking mouth!"

11. Defendant Kramer then lead several deputies to the basement. Defendant Kramer loudly announced that "they" (presumably him and the deputies with him) "beat the shit" out of the plaintiff when they found him.

12. Deputies then began ransacking the area and destroying property while carrying out their search.

13. They flipped over a television, a couch and bed as they stomped on property, appliances and furniture with reckless disregard.

14. When defendant Kramer and the others located plaintiff he put his hands in the air and did not resist in any way.

15. Plaintiff was secured and in handcuffs when defendant sergeant

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Kramer pulled his Taser and fired it point blank at plaintiff.

16. Plaintiff fell to the ground in extreme pain and distress, striking his head and injuring it in the process.

17. Plaintiff's three-year-old daughter was traumatized when she witnessed this event.

18. Plaintiff was then roughly thrown into a squad car with no medical attention whatsoever.

19. Defendant sergeeant Kramer refused to allow Melissa Kirksey to remove plaintiff's daughter from the scene, so she was forced to witness these brutal events and suffer the trauma of it.

20. Plaintiff's daughter has been emotionally impacted and traumatized by the defendant's actions, and continues to have trouble sleeping because she has nightmares and fears that a squad of police will again force their way violently into her home.

21. Defendant sergeant Kramer also filed two fraudulent charges against the plaintiff, namely obstructing a peace officer and resisting a peace officer on July 20, 2018, presumably as an attempt to justify the unlawful use of the taser against the plaintiff.

22. Both of these fraudulent charges were dismissed on January 17, 2019.

23. This concludes palintiff's 42 USC 1983 Civil Complaint.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

24. Issue an order declaring that the defendant's actions violated plaintiff's rights under the United States Constitution.

25. Award plaintiff $200,000.00 in compensatory damages.

26. Any other relief this court deems equitable and just.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8th__ day of __December__, 20__20__

_____
(Signature of plaintiff or plaintiffs)

Mitchell W. Kirksey
(Print name)

IDOC# R52062
(I.D. Number)
Jacksonville Correctional Center

2268 East Morton Avenue

Jacksonville, IL 62650
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]