**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Western Division**

Mitchell W Kirksey

                            Plaintiff,

v.                                                                Case No.: 3:19−cv−50302
                                                                              Honorable Iain D. Johnston

Sergeant Kramer

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 4, 2021:

      MINUTE entry before the Honorable Lisa A. Jensen: Defendant shall answer or otherwise respond to the amended complaint [64] by 1/25/2021. Defendant's motion for extension of time [62] is granted. The deadline to complete fact discovery is extended to 3/1/2021. The telephonic status hearing previously set for 1/5/2021 is stricken and no appearances are required on that date. A telephonic status hearing is set for 2/22/2021 at 10:15 AM. The parties shall be prepared to discuss whether they are interested in proceeding with a settlement conference or setting dispositive motion deadlines. Public access is available via the following call−in number: (877) 336−1831 with access code 2813746. Counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Plaintiff Mitchell W Kirksey and the Jacksonville Correctional Center have been notified of the telephonic status conference by way of Writ via email to the Jacksonville Correctional Center. Telephone writ request to follow. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.