IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MITCHELL W. KIRKSEY | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 CV 50302 |
| vs. | ) | |
| | ) | Judge Iain Johnston |
| SERGEANT KRAMER, | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney, George M. Hoffman, hereby certifies that copies of **Defendant's First Set of Interrogatories to Plaintiff** and **Defendant's First Request for Production of Documents to Plaintiff** were served on

Mitchell Kirksey R52062
Jacksonville Correctional Center
2268 East Morton Avenue
Jacksonville, IL 62650

by depositing copies in the U.S. Mail located at 2200 N. Seminary Ave., Woodstock, IL 60098, postage prepaid, on January 12, 2021.

By: /s/ George M. Hoffman
One of his Attorneys

Patrick D. Kenneally
McHenry County State's Attorney
George M. Hoffman (ARDC No. 6180738)
Jana Blake Dickson (ARDC No. 6307451)
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, Illinois 60098
815-334-4159 (phone)
815-334-0872 (fax)
gmhoffman@mchenrycountyil.gov
jeblake@mchenrycountyil.gov