

Mitchell W. Kirksey
IDOC# R52062
Jacksonville C.C.
2268 East Morton Ave.
Jacksonville, IL 62650

RECEIVED
JAN 2 2 2021
U.S. MARSHALS

Clerk of the Court-U.S. District Court
Northern District of Illinois-Western Division
327 South Church Street
Rockford, IL 61101

LEGAL MAIL-CONFIDENTIAL

FOREVER USA

