IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MITCHELL W. KIRKSEY | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 CV 50302 |
| vs. | ) | |
| | ) | Judge Iain Johnston |
| SERGEANT KRAMER, | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney, George M. Hoffman, hereby certifies that **Defendant's Rule 26(a)(1) Second Supplemental Rule 26(e)(e) Disclosures** was served on

    Mitchell Kirksey R52062
    Jacksonville Correctional Center
    2268 East Morton Avenue
    Jacksonville, IL 62650

By depositing a copy in the U.S. Mail located at 2200 N. Seminary Ave., Woodstock, IL 60098, postage prepaid, before the hour of 4:00 p.m. on January 27, 2021.


              */s/* George M. Hoffman


Patrick D. Kenneally
McHenry County State's Attorney
George M. Hoffman (ARDC No. 6180738)
Jana Blake Dickson (ARDC No. 6305741)
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, Illinois  60098
815·334·4159 (phone)
815·334·0872 (fax)
gmhoffman@co.mchenry.il.us
jeblake@co.mchenry.il.us