IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Mitchell W. Kirksey, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Sergeant Kramer, )<br>)<br>*Defendant.* ) | Case No. 19-cv-50302<br><br>Magistrate Judge Lisa A. Jensen |

## ORDER

REPORT AND RECOMMENDATION: Telephonic status conference held on 4/4/2022. Plaintiff Mitchell W. Kirksey did not appear to today's hearing. This is the second time Plaintiff has failed to appear in violation of this Court's orders. Previously, on 3/23/2022, Plaintiff failed to appear at a telephonic status conference. On that date, this Court warned Plaintiff that his failure to appear at the next status hearing on 4/4/2022 may result in a report and recommendation that this case be dismissed for want of prosecution. The Court's order was mailed to Plaintiff at his address on the docket. Plaintiff failed to appear on 4/4/2022 and has not notified the Court or defense counsel of any reason why he was unable to appear. Additionally, on 1/28/2022, Plaintiff was ordered to file a revised final pretrial brief on or before 2/18/2022. Plaintiff failed to submit the revisions as ordered. On 3/2/2022, the Court extended the time to file the revised pretrial brief to 3/22/2022. The Court notes that, to date, the revisions this Court ordered Plaintiff to make to the pretrial order have not been made. Therefore, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 4/18/2022. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Mitchell W. Kirksey. Signed by the Honorable Lisa A. Jensen on 4/4/2022.

Date: 4/4/2022     By: *Lisa A. J____*
Lisa A. Jensen
United States Magistrate Judge