# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mitchell W. Kirksey, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 19 CR 50302 |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| Sergeant Kramer, et al, | ) | |
|     Defendant. | ) | |

## ORDER

On 4/4/2022 Judge Jensen entered a Report and Recommendation that this case be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). The basis of the recommendation is the plaintiff's repeated failures to comply with court orders and failures to appear at hearings. Specifically, he failed to participate in a telephonic status hearing on 3/23/2022. Judge Jensen rescheduled the hearing to 4/4/2022 with the warning that failing to appear again would result in a recommendation that the case be dismissed, but the plaintiff again failed to appear. In addition, he failed to make revisions on a final pretrial brief that was due 2/18/2022. Judge Jensen extended the deadline to 3/22/2022, but to date he has still not submitted the required revisions. The orders setting these deadlines were mailed to the plaintiff at his address on the docket, and none were returned as undeliverable. Judge Jensen gave the plaintiff to 4/18/2022 to object to her recommendation, but to date he has not done so. Therefore, based on his failure to appear and meet court deadlines, Judge Jensen's warning, and in the absence of any objection, the Court accepts the Report and Recommendation [97] and dismisses this case. See Fed. R. Civ. P. 41(b). Civil case terminated.

Date: May 5, 2022    By: _____
                                                        Iain D. Johnston
                                                        United States District Judge